Earl Jason LARISCEY, petitioner,
v. UNITED STATES.

No. 92–1682.

Supreme Court of the United States.

June 21, 1993. Denied.